UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, NC

MAR 1 9 2012

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:95m029 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| GEORGE FOSTER DIXON | ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint and Warrant in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

This 19th day of March, 2012.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE